Friday, August 9, 2019 at 4:34:35 PM Central Daylight Time

CO#1

**Subject:** FW: Pay.gov Payment Confirmation: TXWD CM ECF
**Date:** Friday, August 9, 2019 at 4:26:24 PM Central Daylight Time
**From:** Brenda Silva
**To:** HMG Accounting
**CC:** Marion Reilly

Chance McMahon Matter
Filing of federal suit
Mastercard Receipt

Brenda Lee Silva, Paralegal
HILLIARD MARTINEZ GONZALES LLP
719 South Shoreline Blvd.
Corpus Christi, Texas 78401
Phone: 361-882-1612, ext. 4031
Direct: 361-886-4031
Fax: 361-882-3015
Email: bsilva@hmglawfirm.com
Web: hmglawfirm.com <http://hmglawfirm.com/>

CONFIDENTIALITY NOTICE
This electronic mail transmission contains information which is confidential and privileged under the attorney-client communication privilege and/or the attorney work product doctrine and should be read or retained only by the intended recipient. If you have received this transmission in error, please immediately notify the sender and delete it from your system.

On 8/9/19, 4:23 PM, "notification@pay.gov" <notification@pay.gov> wrote:

   Your payment has been submitted to Pay.gov and the details are below. If you have any questions or you wish to cancel this payment, please contact James Thompson at 210-472-4955, X2817.

   Application Name: TXWD CM ECF
   Pay.gov Tracking ID: 26JD6P9P
   Agency Tracking ID: 0542-12460793
   Transaction Type: Sale
   Transaction Date: Aug 9, 2019 5:23:44 PM

   Account Holder Name: Robert Hilliard
   Transaction Amount: $400.00
   Card Type: MasterCard
   Card Number: ************1826


   THIS IS AN AUTOMATED MESSAGE.  PLEASE DO NOT REPLY.

Bravo's Legal Processing Service
14080 Nacogdoches Road, No. 320
San Antonio, Texas 78247
(210) 683-7242
ebravo@bravolps.com

September 9, 2019
Invoice for Process Service
Inv. No. 091
Law Offices of Thomas J. Henry
521 Starr Street
Corpus Christi, Texas 78401
Attention: Diane Salinas

| Name and Cause No. | Service Performed | Amount |
|---|---|---|
| Chancie McMahan<br>Civil Action No.5:19-CV-972-XR<br>United States of America<br>John F. Bash-United States Attorney | Defendant, United States of America was served on August 30, 2019 by serving the Civil Process Clerk in San Antonio, TX. Expedited service as instructed. Completed return e-mailed to Mr. Dennis Bentley. | $140.00 |
| Chancie McMahan<br>Civil Action No.5:19-CV-972-XR<br>United States of America<br>John F. Bash-United States Attorney | Defendant, United States of America was served on September 9, 2019 by serving the Civil Process Clerk in Washington, DC. Expedited service as instructed. Completed return e-mailed to Mr. Dennis Bentley. | $85.00 |
| TOTAL | **BILLED** | $225.00 |

AMEX #52

# FREE STATE REPORTING, INC.
1378 CAPE ST. CLAIRE ROAD
ANNAPOLIS, MD 21409
800-231-TYPE (8973)

# Invoice

| DATE | INVOICE # |
|---|---|
| 9/24/21 | 80057 |

PAID 09/24/21

| BILL TO | SHIP TO |
|---|---|
| Marion Riley | |

| TERMS | PO NO. | CONTRACT NO. |
|---|---|---|
| Upon Receipt | | |

| DESCRIPTION | QUANTITY | RATE | AMOUNT |
|---|---|---|---|
| Date of Deposition: 2/23/2021<br>Deposition of: Feltoon PART 1<br>First copy of transcript | 137 | 3.15 | 431.55 |
| Date of Deposition: 2/24/2021<br>Deposition of: Feltoon PART 2<br>First copy of transcript | 132 | 3.15 | 415.80 |
| Exhibits<br>Feltoon | 19 | 0.58 | 11.02 |
| Date of Deposition: 2/9/2021<br>Deposition of: Jacqueline Mendez<br>First copy of transcript | 77 | 3.15 | 242.55 |
| Exhibits<br>Mendez | 33 | 0.58 | 19.14 |
| Exhibits<br>Fairchild - 2 and 4 | 130 | 0.58 | 75.40 |

Federal ID # ▓▓▓▓▓▓   DUNS #051045359

Please reference invoice number on payment. Outstanding balances incur a finance charge of 1.5% per month.

**Total:** $1,195.46

**Balance Due:** $0.00

AMEX #44

# Invoice



RECEIVED SMARTADVOCATE

| Invoice # | Date |
|---|---|
| 8727 | 3/8/2021 |

| Case ID |
|---|
| Holcombe v USA (HOVUS) |

| Terms | Due Date |
|---|---|
| Due on receipt | 3/18/2021 |

**Account Manager:** Robie Rowley

**Bill To**

Whitehurst, Harkness, Brees, Cheng,
Alsaffar and Higginbotham PLLC
7500 Rialto Blvd., Bldg. 2, STE 250
Austin, TX 78735

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 107 | [CR + Zoom + Video]<br>Stenographic Deposition of Amy MacKenzie, LCP on 02/11/21 | 6.75 | 722.25 |
| 1 | Half Day Per Diem | 120.00 | 120.00 |
|  | Subtotal |  | 842.25 |
| 1 | 02/11/21: Video Deposition Service - 4.25 hrs<br>Deponents: Amy MacKenzie, LCP | 485.00 | 485.00 |
| 2.25 | 03/03/21: Digitize Video: MacKenzie, Amy (02/11/21) | 80.00 | 180.00T |

*** Ordered by Hugh Jones Plummer, Jr.

*** Files delivered electronically: Transcript via email and video via Dropbox on 03/03/21

ENTERED PS     DM
EXP CODE DJO
SA CASE # MAT-18070141119
QB CASE #
SUTHERLAND SPRINGS

Your firm is the contracting party. Payment from your firm for all orders is due upon receipt of this invoice and is not subject to third-party arrangements. Your firm is responsible for these charges, not your client. Res Ipsa Litigation Support, LLC, has no relationship and no agreement with your client. Payment after 30 days will be subject to the indicated late fees and interest charges.

Thank you for choosing Res Ipsa Litigation Support, LLC!

**TAX ID:**
Terms: Net Upon Receipt. All invoices past due may incur a $25 late fee. Any invoices more than 120 days past due will incur a $50 late fee. All unpaid invoices will accrue interest on the unpaid balance at 1.5% per month beginning on the 31st day after the invoice date.
As always, we back our work with a 100% Satisfaction Guarantee.
If you have any questions, please call (512) 334-6777.

| | |
|---|---|
| **Subtotal** | $1,507.25 |
| **Sales Tax (8.25%)** | $14.85 |
| **Total** | $1,522.10 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $1,522.10 |

Res Ipsa Litigation Support, LLC  |  501 Congress Ave., STE 150  |  Austin, TX 78701  |  (512) 334-6777
www.res-ipsa.com

#1,522.87



**INVOICE**

Amex#44 (handwritten)

Res Ipsa Litigation Support, LLC
Sean Hanko
501 Congress Ave., STE 150, Austin, TX 78701, UNITED STATES
Tax ID: ▮
info@res-ipsa.com; Website: http://www.res-ipsa.com

Invoice No#: 8727-Paypal
Invoice Date: Jan 28, 2022
Reference: Inv 8727
Due Date: Jan 28, 2022


Scan.Pay.Go

**PAID**

**$0.00**
AMOUNT DUE

**BILL TO**
Hilliard Martinez Gonzales LLP
719 S Shoreline Blvd, Corpus Christi, TX 78401, UNITED STATES
caitlin@hmglawfirm.com
Phone: +1 361-946-6086

**SHIP TO**
Hilliard Martinez Gonzales LLP
719 S Shoreline Blvd, Corpus Christi, TX 78401, UNITED STATES

| # | ITEMS & DESCRIPTION | PRICE | AMOUNT($) |
|---|---|---|---|
| 1 | Original invoice amount (Inv # 8727) | $1,522.10 | $1,522.10 |
| 2 | Additional charge for CC process through Paypal ($1,522.10 + $0.30)/0.971 = $1,567.87) | $45.77 | $45.77 |

|  |  |
|---|---|
| Subtotal | $1,567.87 |
| TOTAL | $1,567.87 USD |
| Amount paid | $1,567.87 |
| **AMOUNT DUE** | **$0.00 USD** |

**NOTES TO CUSTOMER**

Thank you for choosing Res Ipsa Litigation Support, LLC!

**TERMS AND CONDITIONS**

Terms: Net Upon Receipt. 1.5% will be added to all open balances on the 31st day after the invoice date.
As always, we back our work with a 100% Satisfaction Guarantee.
If you have any questions, please call (512) 334-6777.

**ATTACHMENTS**

Inv_8727.pdf

# FREE STATE REPORTING, INC.

1378 CAPE ST. CLAIRE ROAD
ANNAPOLIS, MD 21409
800-231-TYPE (8973)

# Invoice

| DATE | INVOICE # |
|---|---|
| 7/22/20 | WDTX104 |

| BILL TO | SHIP TO |
|---|---|
| Dwayne Dozier<br>Thomas J. Henry Law<br>P.O. Box 696025<br>San Antonio, TX 78269 | |

| TERMS | PO NO. | CONTRACT NO. |
|---|---|---|
| | | |

| DESCRIPTION | QUANTITY | RATE | AMOUNT |
|---|---|---|---|
| Date of Deposition: 6/25/2020<br>In the matter of: Holcombe v. USA<br>Deposition of: Chancie McMahan<br>First copy of transcript | 82 | 3.15 | 258.30 |
| Copy of exhibits | 8 | 0.58 | 4.64 |

Federal ID #          DUNS #051045359

Please reference invoice number on payment. Outstanding balances incur a finance charge of 1.5% per month.

**Total:** $262.94

**Balance Due:** $262.94



**Scott & White**
MEDICAL CENTER
TEMPLE
*Part of Baylor Scott & White Health*

12-16-20

TEMPLE, TEXAS

IN ACCOUNT WITH

BAYLOR SCOTT & WHITE HEALTHCARE & CLINIC ASSOCIATION

CHARGES FOR COPIES MADE ON: R▮▮▮▮▮ W▮▮▮▮▮

MEDICAL RECORD# ▮▮▮▮▮

QUANTITY

___1___ CD   @$ __88.36__           $ __88.36__

                        TOTAL DUE $ __88.36__

PLEASE MAKE CHECKS PAYABLE TO: BAYLR SCOTT & WHITE HEALTHCARE CLINIC

PLEASE SEND REMMITANCE TO : BAYLOR SCOTT & WHITE HEALTHCARE

ATT: RADIOLOGY /ANGELA SHORES

MS-01-W256

2401 SOUTH 31st STREET

TEMPLE, TEXAS 76508

THANK YOU,

RADIOLOGY DEPARTMENT



**ScanSTAT** TECHNOLOGIES

P.O. Box 791522
Baltimore, MD 21279-1522
(770) 569-2445

Billing Date: **12/11/2020**
Due Date: **1/10/2021**
Amount Due: **$32.30**
Invoice #: **15D4F2AAAA0D4A85AB04**

| Billing Address | Patient Information | Shipping Address |
|---|---|---|
| THOMAS J HENRY INJURY ATTORNEY .. <br> 4715 FREDERICKSBURG ROAD <br> STE 507 <br> SAN ANTONIO , TX 78229 | NAME: R▓▓▓ W▓▓▓ <br> MRN: ▓▓▓ <br> REQUEST ID: | THOMAS J HENRY INJURY ATTORNEY .. <br> 4715 FREDERICKSBURG ROAD <br> STE 507 <br> SAN ANTONIO , TX 78229 |

**MEDICAL RECORD SOURCE**

Records were ordered from:   Bsw Tec Temple Clinics- Tx 009
P.O. BOX 668
2401 S 31ST STREET
TEMPLE, TX 76503

| QUANTITY | ITEM DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|
| 1 | Release Basic Fees | $25.00 | $25.00 |
| 1 | Notary | $6.00 | $6.00 |
| 34 | Duplication Fee 1-500 |  | $0.00 |
|  | Subtotal |  | $31.00 |
|  | Shipping |  | $1.30 |
|  | **AMOUNT DUE** |  | **$32.30** |

**IMPORTANT NOTICE:**

In most cases the invoice amount is determined and controlled by your states legislated rates.
Please pay within 30 days. Otherwise, it is our policy to defer to a collection agency.

**MESSAGES**

These records were processed by a ScanSTAT professional. All of our professionals work hard to process your records quickly, securely and accurately. On behalf of all our employees, affiliates and their families, thanks for paying promptly.

-------- PLEASE RETAIN THIS PORTION FOR YOUR RECORDS --------

**INSTRUCTIONS**

1) Please send payments only to the address listed on this invoice.
2) Please DO NOT SEND CASH.
3) Pay by check, credit card or money order.
4) Please pay the total amount due listed on this invoice.

**PLEASE RETURN THIS STUB WITH YOUR PAYMENT**

THOMAS J HENRY INJURY ATTORNEYS
4715 FREDERICKSBURG ROAD
SAN ANTONIO , TX 78229

We accept credit card payments by phone
or online by visiting www.scanstat.com

For questions regarding your account or invoice
(770) 569-2445
Email - cust-service@ScanSTAT.com

Federal Tax ID#: 27-0786975

VISA  DISCOVER

Billing Date: **12/11/2020**
Due Date: **1/10/2021**
Amount Due: **$32.30**
Invoice #: **15D4F2AAAA0D4A85AB04**

**ScanSTAT Technologies**
P.O. Box 791522
Baltimore, MD 21279-1522

(MUST SUBMIT BARCODE BELOW WITH PAYMENT)



15D4F2AAAA0D4A85AB04



**ScanSTAT Technologies**
P.O. Box 791522
Baltimore, MD  21279-1522
Fax 770-569-7668
FEIN

THOMAS J. HENRY INJURY ATTORNEYS
5711 UNIVERSITY HEIGHTS SUITE 101
San Antonio, TX  78249

Invoice # 892E0ABA68634A18B0A4

Invoice Date:  3/10/2021 11:55:46 AM

| Records Requested For: | Request ID | Records Ordered From | Page Count | Invoice Amount |
|---|---|---|---|---|
| W___,R___ | NONE | BSW TEH Temple Main Hospital - TX 009 | 673 | 92.14 |

Ways to pay:

  Mail checks to:  ScanSTAT Technologies, PO Box 791522, Baltimore, MD  21279-1522

  Call 770-954-8544 to make payment via credit card

  On-line at www.ScanSTAT.com

  For ACH/EFT please e-mail AR@ScanSTAT.com

Accounts Receivable
AR@ScanSTAT.com